Kara M. Eshenaur, Esquire
Sup. Ct. I.D. No.  327404
METTE, EVANS & WOODSIDE
3401 North Front Street
Harrisburg, PA  17110-0950
(717) 232-5000 - Phone
(717) 236-1816 - Fax
kmeshenaur@mette.com

### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC AND WENDY GRAHAM,**<br>    **Plaintiffs**<br><br>          v.<br><br>**HIGHLANDS NEIGHBORHOOD ASSOCIATION, INC.,**<br>    **Defendant** | No. 1:20-CV-1074<br><br>HON. JOHN E. JONES, III<br><br>**JURY TRIAL DEMANDED** |

### PRAECIPE OF PLAINTIFFS TO WITHDRAW COMPLAINT

TO THE CLERK OF COURT:

    Please withdraw the Complaint that was filed in this matter on June 25, 2020.

               Respectfully submitted,

               METTE, EVANS & WOODSIDE

By: _____
KARA M. ESHENAUR, ESQUIRE
Sup. Ct. I.D. No.  327404
3401 North Front Street
Harrisburg, PA  17110-0950
(717) 232-5000 - Phone
(717) 236-1816 - Fax
*Attorneys for Plaintiffs*

Date:  April 7, 2021

# CERTIFICATE OF SERVICE

I certify that on this 7th day of April, 2021, I served a copy of the foregoing document upon the person(s) and in the manner indicated below:

By Court's ECF Notification:

      Matthew R. Clayberger, Esquire
      THOMAS, THOMAS & HAFER, LLP
      P.O. Box 999
      Harrisburg, PA 17108
      *Counsel for Defendant Highlands Neighborhood Association, Inc.*
      mclayberger@tthlaw.com

Respectfully submitted,

METTE, EVANS & WOODSIDE

By: _____
KARA M. ESHENAUR, ESQUIRE

1729775v1